**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ROY T. JEWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:25-CV-50 |
| | § | |
| L. HEBERT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Roy T. Jewell ("Jewell"), a former pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis,* filed this civil rights action pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 2, 2026, the magistrate judge entered a Report and Recommendation in which she recommended dismissing as moot Plaintiff's *Pro Se* Motion for Emergency Preliminary Injunction (#41). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.    Plaintiff's *Pro Se* Motion for Emergency Preliminary  Injunction (#24) is **DENIED**.

SIGNED at Beaumont, Texas, this 26th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE