| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ROY T. JEWELL,      §
     §
        Plaintiff,      §
     §
*versus*      §    CIVIL ACTION NO. 1:25-CV-50
     §
L. HEBERT, *et al.*,      §
     §
        Defendants.      §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Roy T. Jewell, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On May 11, 2026, the magistrate judge recommended denying Plaintiff's Emergency Motion for Declaratory Judgment, which was liberally construed as a Motion for Default Judgment, and Plaintiff's Second Motion for Default Judgment. Proper notice was sent to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#46) is **ADOPTED**.  Plaintiff's Motions for Default Judgment (#37 and #38) are **DENIED**.

SIGNED at Beaumont, Texas, this 21st day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE